UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IDA P. HOOKS,<br>Plaintiff,<br>v.<br>SPIRE HOSPITALITY, LLC,<br>Defendant. | CASE NO. 23-cv-00389<br><br>CORPORATE DISCLOSURE STATEMENT |

Defendant Spire Hospitality, LLC ("Spire"), by and through its attorneys and pursuant to W.D. Washington Local Civil Rule 7.1 states, that Spire is a foreign limited liability company with two members: AWH Management, LLC and TABLE Lane, LLC.

DATED: March 16, 2023

SEYFARTH SHAW LLP

By: *s/ Helen M. McFarland*

Helen M. McFarland, WSBA 51012
999 3rd Avenue, Ste. 4700
Seattle, WA 98104
P: (206) 946-4923
F: (206) 299-9974
hmcfarland@seyfarth.com

*Attorneys for Spire Hospitality, LLC*



SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

**CERTIFICATE OF SERVICE**

I hereby declare that on this 16th day of March, 2023, I caused a copy of the ***Defendant's Corporate Disclosure Statement*** to be electronically filed with the Court using ECF Filing system which will send notification of such filing to the following:

Matthew Ennis
Hager & Ennis LLP
6314 19th St. West, Ste. 12
Fircrest, WA 98466
P: (253) 565-5544
matthew@hagerennis.com

*s/ Valerie Macan*
Valerie Macan



SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910